PER CURIAM.
Affirmed. See State v. Kahles, No. 93-0957, 1994 WL 457135 (Fla. 4th DCA August 24, 1994); Blount v. State, 641 So.2d 200 (Fla. 4th DCA 1994); Kostenski v. State, 641 So.2d 199 (Fla. 4th DCA 1994); Pallas v. State, 636 So.2d 1358 (Fla. 3d DCA 1994); Bouters v. State, 634 So.2d 246 (Fla. 5th DCA 1994), review granted, No. 83,558, 640 So.2d 1106 (Fla. June 21, 1994).
WARNER, POLEN and FARMER, JJ., concur.